

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00540-CR

MICHAEL RANDY RAMAHI                                    APPELLANT
A/K/A MICHAEL RAMAHI

V.

THE STATE OF TEXAS                                          STATE

----------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Michael Randy Ramahi a/k/a Michael Ramahi attempts to appeal
from his conviction for intentionally or knowingly committing the offense of
causing bodily injury to an elderly person. The trial court's certification states that
"the defendant has waived the right of appeal," and a waiver containing the
signatures of both Ramahi and his attorney states in part that Ramahi does "not

---

[1]*See* Tex. R. App. P. 47.4.

desire to appeal" and that he "expressly waive[s] any appeal in this case." *See* Tex. R. App. P. 25.2(a)(2). On December 20, 2010, we notified Ramahi that the appeal would be dismissed pursuant to the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before December 30, 2010, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d). We have received no response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 10, 2011